UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   22-90018 |
| SUNGARD AS NEW HOLDINGS, LLC | § | |
| DEBTORS(S), | § | CHAPTER   11 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**HARRIS COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on ___14th___ day of __April__ ,2022, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

| | | |
|---|---|---|
| VICTORIA NICOLE ARGEROPLOS<br>JACKSON WALKER LLP<br>1401 MCKINNEY ST. SUITE 1900<br>HOUSTON, TX 77010 | US TRUSTEE (HOUSTON)<br>OFFICE OF THE US TRUSTEE<br>515 RUSK AVENUE STE. 3516<br>HOUSTON, TX 77002 | SUNGARD AS NEW HOLDINGS, LLC<br>565 E. SWEDESFORD ROAD, STE 320<br>WAYNE, PA 19087 |

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 3064
HOUSTON, TX 77253-3064
Telephone:   (713) 844-3400
Facsimile:   (713) 844-3503
Email:       houston_bankruptcy@lgbs.com

By:   /s/ Tara L. Grundemeier
      _____
      Tara L. Grundemeier
      SBN: 24036691 TX