IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| SUNGARD AS NEW HOLDINGS, LLC, *et al.*, | ) Case No. 22-90018 (DRJ) |
| Debtors. | ) (Jointly Administered) |

**VERIFIED STATEMENT PURSUANT TO RULE 2019
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to the provisions of Rule 2019 of the Federal Rules of Bankruptcy Procedure, Russell R. Johnson III of the Law Firm of Russell R. Johnson III, PLC files this Verified Statement of his firm's (the "Firm") multiple representations in this case of the following utility companies (the "Utilities") that provided prepetition utility goods/services to the Debtors, and continue to provide post-petition utility goods/services to the Debtors:

1. The names and addresses of the Utilities represented by the Firm are:

   A. Arizona Public Service Company
      Attn: Gisel Morales
      2043 W. Cheryl Dr., Bldg. M
      Mail Station 3209
      Phoenix, Arizona 85021-1915

   B. Georgia Power Company
      Attn: Daundra Fletcher
      2500 Patrick Henry Parkway
      McDonough, GA 30253

   C. Massachusetts Electric Company
      Attn: Vicki Piazza, D-1
      National Grid
      300 Erie Boulevard West
      Syracuse, NY 13202

D.     Public Service Electric and Gas Company
Attn: Alexandra Grant, Assistant Counsel – Litigation
80 Park Plaza, T5D
Newark, New Jersey 07102

E.     Sacramento Municipal Utilities District
Attn: Randall J. Hakes, Esq.
6301 S Street, Mailstop A311
Sacramento, California 95817

2.    The nature and the amount of claims (interests) of the Utilities, and the times of acquisition thereof are as follows:

(a)    The following Utilities have unsecured claims against the above-referenced Debtors arising from prepetition utility usage: Massachusetts Electric Company, Public Service Electric and Gas Company and Sacramento Municipal Utilities District.

(b)    Arizona Public Service Company and Georgia Power Company held prepetition deposits that secured prepetition debt.

(c)    For more information regarding the claims and interests of the Utilities in these jointly-administered cases, refer to the *Motion and Memorandum of Certain Utility Companies To Vacate, and/or Reconsider, and/or Modify Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment For Future Utility Services, (II) Approving Adequate Assurance Procedures, (III) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Service, and (IV) Granting Related Relief* (Docket No. 131) filed in the above-captioned, jointly-administered, bankruptcy cases.

3.    The Law Firm of Russell R. Johnson III, PLC was retained to represent the foregoing Utilities in April 2022. The circumstances and terms and conditions of employment of the Firm by the Companies is protected by the attorney-client privilege and attorney work product doctrine.

I verify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

By: /s/ Russell R. Johnson III
Russell R. Johnson III (VSB No. 31468)
LAW FIRM OF RUSSELL R. JOHNSON III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
E-mail: russell@russelljohnsonlawfirm.com