UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SUNGARD AS NEW HOLDINGS, LLC, *et al.*[1], | Case No. 22-90018 (DRJ) |
| Debtors. | (Jointly Administered) |

NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned cases as counsel to Russo Development, and pursuant to Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") 2002, 9007 and 9010(b), request that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following offices, postal addresses, telephone and facsimile numbers:

| | |
|---|---|
| Daniel F.X. Geoghan | Michael D. Sirota |
| COLE SCHOTZ P.C. | COLE SCHOTZ P.C. |
| 901 Main St., Ste. 4120 | 1325 Avenue of the Americas, Flr. 19 |
| Dallas, TX 75202 | New York, NY 10019 |
| Tel: 469-557-9390 | Tel: 212-752-8000 |
| Fax: 469-533-1587 | Fax: 212-752-8393 |
| dgeoghan@coleschotz.com | msirota@coleschotz.com |

---

[1] The last four digits of the Debtors' tax identification numbers are: InFlow LLC (9489); Sungard AS New Holdings, LLC (5907); Sungard AS New Holdings II, LLC (9169); Sungard AS New Holdings III, LLC (3503); Sungard Availability Network Solutions Inc. (1034); Sungard Availability Services (Canada) Ltd./Sungard, Services de Continuite des Affaires (Canada) Ltee (3886); Sungard Availability Services Holdings (Canada), Inc. (2679); Sungard Availability Services Holdings (Europe), Inc. (2190); Sungard Availability Services Holdings, LLC (6403); Sungard Availability Services Technology, LLC (9118); Sungard Availability Services, LP (6195); and Sungard Availability Services, Ltd. (4711). The location of the Debtors' service address for purposes of these chapter 11 cases is: 565 E Swedesford Road, Suite 320, Wayne, PA 19087

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules and Local Rules for the United States Bankruptcy Court for the Southern District of Texas, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (this "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) any election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: May 4, 2022 | **COLE SCHOTZ P.C.**<br><br>*/s/ Daniel F.X. Geoghan*<br>Daniel F.X. Geoghan (TX Bar No. 24126280)<br>901 Main St., Ste. 4120<br>Dallas, TX 75202<br>Tel: 469-557-9390<br>Fax: 469-5331587<br>dgeoghan@coleschotz.com<br><br>-and-<br><br>Michael D. Sirota<br>1325 Avenue of the Americas<br>19th Floor<br>New York, NY 10019<br>Tel: 212-752-8000<br>Fax: 212-752-8393<br>msirota@coleschotz.com<br><br>*Counsel for Russo Development* |