United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 14, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90018 |
|---|---|---|---|
| Debtor | In Re: | Sungard AS New Holdings, LLC, et al | |

This lawyer, who is admitted to the State Bar of ___New York___:

| | |
|---|---|
| Name | Mark A. Frankel |
| Firm | Backenroth Frankel & Krinsky, LLP |
| Street | 800 Third Ave. Fl 11 |
| City & Zip Code | New York, NY 10022 |
| Telephone | (212) 593-1100 |
| Licensed: State & Number | New York - 3010238 |

Seeks to appear as the attorney for this party:

| DI Asset Co LLC |
|---|
| Dated: 06/10/2022    Signed: /s/ Mark A Frankel |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:        Signed: _____
                    Deputy Clerk

Order    (Docket No. 295)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.

This lawyer is admitted *pro hac vice*.

**Signed:  June 14, 2022**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**