United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 12, 2022
Nathan Ochsner, Clerk

THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| SUNGARD AS NEW HOLDINGS, LLC, *et al.*,[1] | ) Case No. 22-90018 (DRJ) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: Docket No. 570** |

### ORDER GRANTING JACKSON WALKER LLP'S FIRST INTERIM FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM APRIL 11, 2022 THROUGH JULY 31, 2022

The Court has considered the *First Interim Application for Compensation and Reimbursement of Expenses* filed by Jackson Walker LLP (the "Applicant"). The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $272,160.85 for the period set forth in the application.

2. The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

**Signed: September 12, 2022.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' tax identification numbers, are: InFlow LLC (9489); Sungard AS New Holdings, LLC (5907); Sungard AS New Holdings II, LLC (9169); Sungard AS New Holdings III, LLC (3503); Sungard Availability Network Solutions Inc. (1034); Sungard Availability Services (Canada) Ltd./Sungard, Services de Continuite des Affaires (Canada) Ltee (3886); Sungard Availability Services Holdings (Canada), Inc. (2679); Sungard Availability Services Holdings (Europe), Inc. (2190); Sungard Availability Services Holdings, LLC (6403); Sungard Availability Services Technology, LLC (9118); Sungard Availability Services, LP (6195); and Sungard Availability Services, Ltd. (4711). The location of the Debtors' service address for purposes of these chapter 11 cases is: 565 E Swedesford Road, Suite 320, Wayne, PA 19087.

33621590v.2 161776/00001