IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SUNGARD AS NEW HOLDINGS, LLC, *et al.*,[1] | ) ) ) | Case No. 22-90018 (DRJ) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF OCCURRENCE OF THE EFFECTIVE DATE**

    **PLEASE TAKE NOTICE THAT** on October 17, 2022, David R. Jones, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") entered the *Order Confirming the Debtors' Joint Chapter 11 Plan and Approving on a Final Basis the Disclosure Statement of Sungard AS New Holdings, LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 763] (the "Confirmation Order"), which confirmed the *Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Sungard AS New Holdings, LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 751] (as may be amended, supplemented, or otherwise modified from time to time, and including all exhibits and supplements thereto, the "Plan").[2] On October 27, 2022, the Debtors received recognition of the Confirmation Order in the Canadian Court.

    **PLEASE TAKE FURTHER NOTICE THAT** the Effective Date of the Plan occurred on **November 9, 2022**. Each of the conditions precedent to consummation of the Plan as set forth in Article XV of the Plan have been satisfied or waived in accordance with the Plan and the Confirmation Order.

    **PLEASE TAKE FURTHER NOTICE THAT**, unless otherwise provided by the Plan, the Confirmation Order, any other applicable order of the Bankruptcy Court, or agreed to by the Holder of an Administrative Claim and the Debtors, the deadline for filing requests for payment of Administrative Claims, other than DIP Facility Claims, Cure Claims or Professional Fee

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' tax identification numbers, are: InFlow LLC (9489); Sungard AS New Holdings, LLC (5907); Sungard AS New Holdings II, LLC (9169); Sungard AS New Holdings III, LLC (3503); Sungard Availability Network Solutions Inc. (1034); Sungard Availability Services (Canada) Ltd./Sungard, Services de Continuite des Affaires (Canada) Ltee (3886); Sungard Availability Services Holdings (Canada), Inc. (2679); Sungard Availability Services Holdings (Europe), Inc. (2190); Sungard Availability Services Holdings, LLC (6403); Sungard Availability Services Technology, LLC (9118); Sungard Availability Services, LP (6195); and Sungard Availability Services, Ltd. (4711). The location of the Debtors' service address for purposes of these chapter 11 cases is: 565 E Swedesford Road, Suite 320, Wayne, PA 19087.

[2] Capitalized terms used but not defined herein shall have the meanings given to them in the Plan or the Confirmation Order, as applicable.

Claims), is **thirty (30) days after the Effective Date (the "<u>Administrative Claims Bar Date</u>")**. **Holders of Administrative Claims (other than DIP Facility Claims, Cure Claims, or Professional Fee Claims) that are required to, but do not, file and serve a request for payment of such Administrative Claims by the Administrative Claims Bar Date shall be forever barred, estopped, and enjoined from asserting such Administrative Claims against the Debtors or their property and such Administrative Claims shall be deemed discharged as of the Effective Date.**

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan, the deadline to file all final requests for payment of Professional Fee Claims is the date that is **<u>forty-five (45) days after the Effective Date</u>**. All Retained Professionals must file final requests for payment of Professional Fee Claims by no later than this date to receive final approval of the fees and expenses incurred in the Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE THAT** the terms of the Plan and the Plan Supplement are immediately effective and enforceable and deemed binding upon the Debtors, the Wind-Down Debtors, the Plan Administrator, any and all Holders of Claims or Interests (irrespective of whether the Holders of such Claims or Interests accepted or rejected the Plan), all Entities that are parties to or are subject to the settlements, compromises, releases, and injunctions described in the Plan, each Entity acquiring property under the Plan, any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtors, and all other parties in interest and Entities, and their respective successors and assigns.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Confirmation Order, the Plan, and all documents filed in these Chapter 11 Cases are available free of charge by visiting https://cases.ra.kroll.com/SungardAS/. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: November 9, 2022
Houston, Texas

/s/ *Matthew D. Cavenaugh*

| **JACKSON WALKER LLP** | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
|---|---|
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Philip C. Dublin (admitted *pro hac vice*) |
| Jennifer F. Wertz (TX Bar No. 24072822) | Meredith A. Lahaie (admitted *pro hac vice*) |
| Rebecca Blake Chaikin (S.D. Bar No. 3394311) | Kevin Zuzolo (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | Melanie A. Miller (admitted *pro hac vice*) |
| Houston, Texas 77010 | One Bryant Park |
| Telephone: (713) 752-4200 | New York, New York 10036 |
| Facsimile: (713) 752-4221 | Telephone: (212) 872-1000 |
| Email:  mcavenaugh@jw.com | Facsimile: (212) 872-1002 |
|            jwertz@jw.com | Email:  pdublin@akingump.com |
|            rchaikin@jw.com |            mlahaie@akingump.com |
| | kzuzolo@akingump.com |
| | melanie.miller@akingump.com |

*Co-Counsel to the Debtors and Debtors in Possession*

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marty L. Brimmage, Jr. (TX Bar No. 00793386)
Lacy M. Lawrence (TX Bar No. 24055913)
Zach D. Lanier (TX Bar No. 24124968)
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email:  mbrimmage@akingump.com
           llawrence@akingump.com
           zlanier@akingump.com

*Co-Counsel to the Debtors and Debtors in Possession*