IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SUNGARD AS NEW HOLDINGS, LLC, *et al.*,[1] | ) ) ) | Case No. 22-90018 (CML) |
| Wind-Down Debtors. | ) ) ) | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Gregory R. DePalma, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing, and solicitation agent for the Wind-Down Debtors in the above-captioned chapter 11 cases.

On May 3, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on the Service List attached hereto as **Exhibit A**:

- Order Requiring any Party-In-Interest who Asserts Standing or Indispensable Party Status to File a Notice Stating a Basis for Indispensable Party Status or Standing in Connection with Jackson Walker LLP Fee Matters [Docket No. 1051]

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' tax identification numbers, are: InFlow LLC (9489); Sungard AS New Holdings, LLC (5907); Sungard AS New Holdings II, LLC (9169); Sungard AS New Holdings III, LLC (3503); Sungard Availability Network Solutions Inc. (1034); Sungard Availability Services (Canada) Ltd./Sungard, Services de Continuite des Affaires (Canada) Ltee (3886); Sungard Availability Services Holdings (Canada), Inc. (2679); Sungard Availability Services Holdings (Europe), Inc. (2190); Sungard Availability Services Holdings, LLC (6403); Sungard Availability Services Technology, LLC (9118); Sungard Availability Services, LP (6195); and Sungard Availability Services, Ltd. (4711). The location of the Debtors' service address for purposes of these chapter 11 cases is: 565 E Swedesford Road, Suite 320, Wayne, PA 19087.

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: May 7, 2024

*/s/ Gregory R. DePalma*
Gregory R. DePalma

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 7, 2024, by Gregory R. DePalma, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

# **Exhibit A**

# Exhibit A
# Email Service List
Served via Email

| Name | Email |
|---|---|
| ALCOF II NUBT, L.P. | Email Address On File |
| ALCOF III NUBT, L.P. | Email Address On File |
| Allina Health System Trust | Email Address On File |
| American Air Liquide Holdings, Inc. Retirement Plans | Email Address On File |
| APOLLO TRADING LLC | Email Address On File |
| BANK OF AMERICA, N.A. | Email Address On File |
| Bank of America, N.A. | Email Address On File |
| BBR FIXED INCOME OPPORTUNITIES FUND LP | Email Address On File |
| BBR Fixed Income Opportunities Fund LP | Email Address On File |
| BOFA SECURITIES, INC. | Email Address On File |
| BofA Securities, Inc. | Email Address On File |
| CARLYLE C17 CLO-BLOCKER, LTD. | Email Address On File |
| CARLYLE GLOBAL MARKET STRATEGIES CLO 2012-3-BLOCKER, LTD. | Email Address On File |
| CARLYLE GLOBAL MARKET STRATEGIES CLO 2012-4-BLOCKER, LTD. | Email Address On File |
| CARLYLE GLOBAL MARKET STRATEGIES CLO 2013-1-BLOCKER, LTD. | Email Address On File |
| Carlyle Global Market Strategies CLO 2013-2- Sungard Blocker, Ltd. | Email Address On File |
| CARLYLE GLOBAL MARKET STRATEGIES CLO 2013-3-BLOCKER, LTD. | Email Address On File |
| CARLYLE GLOBAL MARKET STRATEGIES CLO 2013-4-BLOCKER, LTD. | Email Address On File |
| CARLYLE GLOBAL MARKET STRATEGIES CLO 2014-1-BLOCKER, LTD | Email Address On File |
| CARLYLE GLOBAL MARKET STRATEGIES CLO 2014-2-R-BLOCKER, LTD. | Email Address On File |
| CARLYLE GLOBAL MARKET STRATEGIES CLO 2014-3-R-BLOCKER, LTD. | Email Address On File |
| CARLYLE GLOBAL MARKET STRATEGIES CLO 2014-4-R-BLOCKER, LTD. | Email Address On File |

Exhibit A
Email Service List
Served via Email

| Name | Email |
|---|---|
| CARLYLE GLOBAL MARKET STRATEGIES CLO 2014-5-BLOCKER, LTD. | Email Address On File |
| CARLYLE GLOBAL MARKET STRATEGIES CLO 2015-1-BLOCKER, LTD. | Email Address On File |
| Carlyle Global Market Strategies CLO 2015-3- Sungard Blocker, Ltd. | Email Address On File |
| CARLYLE GLOBAL MARKET STRATEGIES CLO 2015-4-BLOCKER, LTD. | Email Address On File |
| CARLYLE GLOBAL MARKET STRATEGIES CLO 2015-5-BLOCKER, LTD. | Email Address On File |
| CARLYLE GLOBAL MARKET STRATEGIES CLO 2016-3-BLOCKER, LTD | Email Address On File |
| Carlyle US CLO 2016-4- Sungard Blocker, Ltd. | Email Address On File |
| CARLYLE US CLO 2017-1-BLOCKER, LTD | Email Address On File |
| CARLYLE US CLO 2017-2-BLOCKER, LTD. | Email Address On File |
| CARLYLE US CLO 2017-3-BLOCKER, LTD. | Email Address On File |
| CARLYLE US CLO 2017-4-BLOCKER, LTD. | Email Address On File |
| CARLYLE US CLO 2017-5-BLOCKER, LTD | Email Address On File |
| CARLYLE US CLO 2018-1-BLOCKER, LTD | Email Address On File |
| CARLYLE US CLO 2018-3-BLOCKER, LTD. | Email Address On File |
| CETUS CAPITAL III, LP | Email Address On File |
| Citibank Pensions and Trustees Limited, trustee of Citibank (UK) Pension Plan | Email Address On File |
| Citigroup Global Markets Limited Pension & Life Assurance Scheme | Email Address On File |
| Cole Schotz P.C. | Email Address On File |
| Cole Schotz P.C. | Email Address On File |
| EF SECURITIES LLC | Email Address On File |
| ELLINGTON CLO I, LTD. | Email Address On File |
| ELLINGTON CLO III, LTD. | Email Address On File |
| ELLINGTON CREDIT OPPORTUNITIES. LTD. | Email Address On File |
| ELLINGTON SPECIAL OPPORTUNITIES LLC | Email Address On File |
| EMGH INVESTMENTS LLC | Email Address On File |
| EPO (B) SPECIAL HOLDINGS, LTD. | Email Address On File |
| EPO II (B) SPECIAL HOLDINGS, LTD. | Email Address On File |
| FENGENCO - BV2 QUALIFIED NDT | Email Address On File |
| FENGENCO - PERRY 1 QUALIFIED NDT | Email Address On File |
| FS CREDIT OPPORTUNITIES CORP. | Email Address On File |
| FS Global Credit Opportunities Fund | Email Address On File |
| FS KKR CAPITAL CORP. | Email Address On File |
| Gray Reed | Email Address On File |
| GSO AIGUILLE DES GRANDS MONTETS FUND I LP | Email Address On File |
| GSO Churchill Partners LP | Email Address On File |
| GSO CREDIT ALPHA II TRADING (CAYMAN) LP | Email Address On File |

Exhibit A
Email Service List
Served via Email

| Name | Email |
|---|---|
| GSO CREDIT ALPHA TRADING (CAYMAN) LP | Email Address On File |
| GSO CREDIT-A PARTNERS LP | Email Address On File |
| GSO HARRINGTON CREDIT ALPHA FUND (CAYMAN) L.P. | Email Address On File |
| GSO PALMETTO OPPORTUNISTIC INVESTMENT PARTNERS LP | Email Address On File |
| Hunton Andrews Kurth LLP | Email Address On File |
| IBM Personal Pension Plan Trust | Email Address On File |
| JPMorgan Chase Bank, N.A. | Email Address On File |
| LIM BCOF SPECIAL ACCOUNT, LTD. | Email Address On File |
| LITTLEJOHN OPPORTUNITIES MASTER FUND LP | Email Address On File |
| Logan Circle Partners Core Plus Fund | Email Address On File |
| MetLife Investment Management Funds plc on behalf of Multi-Sector Opportunistic Fund | Email Address On File |
| MetLife Investment Management Funds plc on behalf of High Yield Fixed Income Fund | Email Address On File |
| Norton Rose Fulbright US LLP | Email Address On File |
| Norton Rose Fulbright US LLP | Email Address On File |
| OFM II, LP | Email Address On File |
| PNM Resources, Inc. Master Trust Agreement for Defined Benefit Plans | Email Address On File |
| Proskauer Rose LLP | Email Address On File |
| Proskauer Rose LLP | Email Address On File |
| Pryor Cashman LLP | Email Address On File |
| Renaissance U.S. Dollar Corporate Bond Fund | Email Address On File |
| Russell Fixed Income II Fund | Email Address On File |
| Russell Institutional Funds, LLC - Russell Core Bond Fund | Email Address On File |
| Russell Institutional Funds, LLC - Russell Low Duration Bond Fund | Email Address On File |
| Russell Investment Company plc | Email Address On File |
| Russell Multi-Manager Bond Fund | Email Address On File |
| Russell Short Duration Bond Fund | Email Address On File |
| Scotia Private American Core-Plus Bond Pool | Email Address On File |
| Sprint Master Trust, on Behalf of the Sprint Retirement Pension Plan | Email Address On File |
| Stichting Bedrijfstakpensioenfonds voor het Beroepsvervoer over de Weg | Email Address On File |
| Sungard AS New Holdings, LLC, et al. | Email Address On File |
| VENTURE 36 CLO, LIMITED | Email Address On File |
| VSS FUND LP | Email Address On File |